UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARENTS DEFENDING EDUCATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-833 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's May 19, 2025, Order, Plaintiff Parents Defending Education and Defendant Department of Education (the "Department"), by and through the undersigned counsel, respectfully file this Joint Status Report regarding Plaintiff's five requests for records sent to the Department between July 2022 and February 2024. Compl. ¶ 5, ECF No. 1.

The five requests were assigned tracking numbers: 22-03154-F, 23-00522-F, 23-01933-F, 23-01934-F, and 24-01052-F. The Department has completed it search for potentially responsive records for Requests 22-03154-F, 23-00522-F, 23-01933-F, and 23-01934-F. As to these four requests, the Department has located approximately 2,180 potentially responsive pages: (1) 22-03154-F: approximately 250 pages; (2) 23-00522-F: approximately 430 pages; (3) 23-01933-F: approximately 1,000 pages; and (4) 23-01934-F: approximately 500 pages. The Department expects to process approximately 500 pages per month and expects to make its first release of nonexempt portions of responsive records on or before July 8, 2025. The Department expects to complete its search in response to 24-01052-F by June 20, 2025. The Department does not expect to seek an *Open America* stay at this time.

Given these updates, the parties believe that summary judgment briefing and the filing

of a *Vaughn* Index are premature at this time and respectfully request that the Court stay setting

a briefing schedule at this time. The parties propose that they file their next Joint Status Report

on or before August 12, 2025, to report on the status of the Department's search and processing.


Dated: June 16, 2025                          Respectfully submitted,

*/s/ James F. Hasson*                         JEANINE FERRIS PIRRO
J. Michael Connolly (D.C. Bar No. 995815)     United States Attorney
James F. Hasson (D.C. Bar No. 1697883)
CONSOVOY MCCARTHY PLLC                         By: */s/ Erika Oblea*
1600 Wilson Boulevard, Suite 700                    ERIKA OBLEA, D.C. Bar #1034393
Arlington, VA 22209                                 Assistant United States Attorney
(703) 243-9423                                      601 D Street NW
mike@consovoymccarthy.com                           Washington, DC 20530
james@consovoymccarthy.com                          (202) 252-2567
                                                    erika.oblea@usdoj.gov

*Counsel for Plaintiff Parents Defending Education*
                                                    *Attorneys for the United States of America*